```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 21869
   ERIC CYRUS
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-8913
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 11/20/07 and confirmed on 02/27/08.

   2.  The case was converted to Chapter 7 after confirmation, 06/04/2008.

   3.  The Debtor paid a total of $   4021.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| UNITED HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| UNITED HOME LOANS | MORTGAGE ARRE | 17027.60 | .00 | 302.54 |
| AMERICAN GENERAL FINANCE | SECURED | .00 | .00 | .00 |
| AMERICAN GENERAL FINANCE | MORTGAGE ARRE | 1007.28 | .00 | 17.90 |
| AMERICAN GENERAL FINANCE | SECURED | 2112.33 | 91.13 | 350.30 |
| CHASE AUTOMOTIVE FINANCE | SECURED VEHIC | 2224.40 | 47.78 | 676.88 |
| DELL FINANCIAL SERVICES | SECURED | 200.00 | 1.25 | 200.00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 22338.75 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 3988.91 | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | 2676.50 | .00 | .00 |
| ILLINOIS DEPT REVENUE | UNSECURED | 523.02 | .00 | .00 |
| BROTHER LOAN & FINANCE | UNSECURED | 1235.33 | .00 | .00 |
| THE CHICAGO DEPT OF REVE | FILED LATE | .00 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1956.32 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 5079.24 | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| OSI COLLECTION SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| UNION PLUS | UNSECURED | NOT FILED | .00 | .00 |
| DELL FINANCIAL SERVICES | UNSECURED | 1457.11 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

     Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 22571.61 | 25015.25 | 14239.93 | .00 | 61826.79 |
| PRINCIPAL PAID | 1547.62 | .00 | .00 | .00 | 1547.62 |
| INTEREST PAID | 140.16 | .00 | .00 | .00 | 140.16 |
| TOTAL PAID | 1687.78 | .00 | .00 | .00 | 1687.78 |

The Debtor's attorney, KONSTANTINE T SPARAGIS         , was allowed $   3500.00 and was paid $    1400.00   direct and $    2100.00   through the plan.

The Trustee received $    233.22 .

Refunds to the Debtor totaled $          .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 09/11/08                        /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE